04-00420

USDCRI
Judge Lagueux

MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 05-1124

DENISE DALLAIRE,

Petitioner, Appellant,

v.

UNITED STATES OF AMERICA,

Respondent, Appellee.

---

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

---

JUDGMENT

Entered: April 3, 2006

We deny the request for a certificate of appealability and terminate the appeal. The petitioner fails to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253. She does not show that the district court's disposition was unreasonable, or that her petition otherwise merits further review. Among other problems, the statutory notice requirement does not govern Guidelines sentences within the statutory range. United States v. Sanchez, 917 F.2d 607 (1990). She failed to make any showing below that counsel failed to follow her instructions to appeal. Roe v. Flores-Otega, 528 U.S. 470 (2000). Finally, her objection to the use of prior convictions to enhance her sentence is untenable. *See* Cirilo-Munoz v. United States, 404 F.3d 527 (2005).

The appeal is terminated.

Certified and Issued as Mandate under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk

M. Rue

Deputy Clerk

Date: 5/26/06

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________

Chief Deputy Clerk.

[cc: Denise Dellaire, Gerard B. Sullivan, AUSA, Donald Lockhart, AUSA ]